UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jan 14, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-330)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 85,038 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                      MDL No. 875


**SCHEDULE CTO-330 - TAG-ALONG ACTIONS**


<u>**DIST.**</u>  <u>**DIV.**</u>  <u>**C.A. #**</u>     <u>**CASE CAPTION**</u>

CALIFORNIA CENTRAL
  CAC   2   09-8198     James H. Prange, et al. v. General Electric Co., et al.
  CAC   2   09-8794     James H. Prange, et al. v. General Electric Co., et al.
  CAC   2   09-9186     Frederick B. Hartsfield, et al. v. Albay Construction Co., et al.

CALIFORNIA NORTHERN
  CAN   3   09-5504     Frank Delahaye v. Metalclad Insulation Corp., et al.
  CAN   3   09-5649     Marion Spilmom v. General Electric Co., et al.
  CAN   3   09-5736     Quillia Cook, et al. v. Textron Inc., et al.
  CAN   3   09-5765     Georgine Gori, et al. v. Northrop Grumman Shipbuilding, Inc., et al.
  CAN   3   09-5800     Robert Lindenmayr, et al. v. Allied Packing & Supply, Inc., et al.
  CAN   3   09-5817     Roma Spellman, etc. v. United States Steel Corp.
  CAN   3   09-5821     John Heinmiller v. Allis-Chalmers Corp. Product Liability Trust, et al.
  CAN   4   09-5601     Maria Elena Demoss, et al. v. General Electric Co., et al.
  CAN   4   09-5648     Paul Maeser v. Foster Wheeler, LLC, et al.
  CAN   4   09-5667     David Wolgamott v. Metalclad Insulation Corp., et al.
  CAN   4   09-5713     Joe Holland, et al. v. A.W. Chesterton Co., et al.

CONNECTICUT
  CT    3   09-1112     Samuel Allen, et al. v. CBS Corp.

ILLINOIS CENTRAL
  ILC   2   09-2308     Stella R. Martin, etc. v. A.W. Chesterton Co., et al.

MAINE
  ME   2   09-587      Robert L. Grigg, et al. v. Metropolitan Life Insurance Co., et al.
  ME   2   09-588      Dana L. Snow v. Aurora Pump Co., et al.
  ME   2   09-640      Joseph V. Zammit, et al. v. Metropolitan Life Insurance Co., et al.

MISSISSIPPI SOUTHERN
  MSS   4   09-171      Vickie Joyce Castle Speed, et al. v. Metropolitan Life Insurance Co., et al.

**MDL No. 875 - Schedule CTO-330 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **NORTH CAROLINA MIDDLE** | | | |
| NCM | 1 | 09-971 | James Franklen Faulkenberry, et al. v. 3M Co., et al. |
| NCM | 1 | 09-1002 | William Randolph Roberts v. 3M Co., et al, |
| **NORTH CAROLINA WESTERN** | | | |
| NCW | 1 | 09-421 | James Lynn Tesseneer, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-424 | Bobby Joe Rathbone, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-426 | Clarence William Whitlock, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-427 | William Harold Laney, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-428 | John David McGalliard, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-429 | Roy Franklin Crisp, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-445 | Walter Emmett Carraway, et al. v. 3M Co., et al. |
| NCW | 1 | 09-452 | Ray Houser Dellinger, Jr., et al. v. 3M Co., et al. |
| NCW | 1 | 09-456 | Brian Bruce Bowen, et al. v. 3M Co., et al. |
| NCW | 1 | 09-457 | Charles Alton Gravley, et al. v. 3M Co., et al. |
| NCW | 1 | 09-458 | John Flannery v. 3M Co., et al. |
| NCW | 1 | 09-460 | Reginald Gene Hull, et al. v. 3M Co., et al. |
| NCW | 1 | 09-469 | Robert Lee Price v. 3M Co., et al. |
| NCW | 1 | 10-3 | Barry Franklin Gantt, et al. v. 3M Co., et al. |
| NCW | 1 | 10-6 | Harold Haskell Kay v. 3M Co., et al. |
| NCW | 1 | 10-8 | Cary Albert Founds, et al. v. 3M Co., et al. |
| **NEVADA** | | | |
| NV | 2 | 09-2395 | Susan Tafoya v. AC Delco Auto Service Center, Inc., et al. |
| **RHODE ISLAND** | | | |
| RI | 1 | 09-513 | Charles G. Newberry, et al. v. Elliott Turbomachinery Co., Inc., et al. |
| RI | 1 | 09-561 | Fred E. Strong, et al. v. Buffalo Pumps, Inc., et al. |
| **SOUTH CAROLINA** | | | |
| SC | 0 | 09-3020 | Johnnie Richard Childers, Sr., et al. v. A.W. Chesterton Co., et al. |
| SC | 8 | 09-3260 | Eugene Webb v. 3M Co., et al. |
| SC | 8 | 09-3356 | Tim David Mauldin, et al. v. 3M Co., et al. |
| **TEXAS EASTERN** | | | |
| TXE | 6 | 09-497 | Robert Plummer v. Turner & Newell Ltd., et al. |

**MDL No. 875 - Schedule CTO-330 Tag-Along Actions (Continued)**

**DIST.   DIV.   C.A. #        CASE CAPTION**

VIRGINIA EASTERN
  VAE    2    09-9625    William H. Monroe, Jr., etc. (Gerald P. Butler, Jr.) v. American Standard, Inc., et al.
  VAE    2    09-9626    Norman D. Dahlstrom v. American Standard, Inc., et al.
  VAE    2    09-9627    Ralph F. Dowske v. American Standard, Inc., et al.
  VAE    2    09-9628    Robert Gazso v. American Standard, Inc., et al.
  VAE    2    09-9629    Russell J. Lee v. American Standard, Inc., et al.
  VAE    2    09-9630    Richard L. Long v. American Standard, Inc., et al.
  VAE    2    09-9631    Ronald L. Stanley v. American Standard, Inc., et al.
  VAE    2    09-9632    Ricky Maples v. American Standard, Inc., et al.
  VAE    2    09-9633    Darrell L. McBee v. American Standard, Inc., et al.
  VAE    2    09-9634    John P. Murphy v. American Standard, Inc., et al.
  VAE    2    09-9635    Collis R. Parker v. American Standard, Inc., et al.
  VAE    2    09-9636    John Snyder, Jr. v. American Standard, Inc., et al.
  VAE    2    09-9637    William H. Monroe, Jr., etc. (Gordon G. Noe) v. American Standard, Inc., et al.
  VAE    2    09-9638    Roy D. Morgan v. American Standard, Inc., et al.
  VAE    2    09-9639    James H. Pahlman v. American Standard, Inc., et al.
  VAE    2    09-9640    Michael C. Rivera v. American Standard, Inc., et al.
  VAE    2    09-9641    Virgil B. Sword v. American Standard, Inc., et al.
  VAE    2    09-9642    Donald F. Miller, Sr. v. American Standard, Inc., et al.
  VAE    2    09-9643    Paul R. Ollanketo v. American Standard, Inc., et al.
  VAE    2    09-9644    Fred L. Peters, Jr. v. American Standard, Inc., et al.
  VAE    2    09-9645    John Sager, Jr. v. American Standard, Inc., et al.
  VAE    2    09-9646    Howard H. Watson v. American Standard, Inc., et al.
  VAE    2    09-9659    Charles Leonard Willis v. Allis Chalmer Corp. Product Liability Trust, et al.

WASHINGTON WESTERN
  WAW    3    09-5801    Richard E. Anderson, et al. v. Saberhagen Holdings, Inc., et al.

WISCONSIN EASTERN
  WIE    1    09-1062    Elsie M. Long, etc. v. A.W. Chesterton Co., et al.
  WIE    1    09-1099    Marcella M. Bennington, etc. v. CBS Corp., et al.

WISCONSIN WESTERN
  WIW    3    09-726     Gerald F. Bushmaker v. A.W. Chesterton Co., et al.