IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |
| Gerald F. Bushmaker | |
| Plaintiff, | W.D. Wi. Case No. 09-00726 |
| v. | |
| A.W. Chesterton Company, et al., | *Remanded from E.D. Pa. Case No. 10-CV-61116* |
| Defendants | |

**Plaintiff's Notice of Voluntary Dismissal
of Defendant Durabla Manufacturing Company**

Now come Plaintiff, by their counsel, who, pursuant to Rule 41(A)(1) of the Federal Rules of Civil Procedure, hereby files their Notice of Voluntary Dismissal without prejudice of Defendant Durabla Manufacturing Company.

Respectfully submitted,

Dated: June 22, 2012

By: /S/ Michael P. Cascino
One of Plaintiff's Attorneys

Allen D. Vaughan
Michael P. Cascino
Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
E-mail: mcascino@cvlo.com