CANADIAN FIBRE SALES FORTY EIGHT INSULATION AUGUST TO SELLER

| PRODUCT | CURRENT MONTH | | QUANTITY YEAR TO DATE | | SALES YEAR TO DATE | |
|---|---|---|---|---|---|---|
| | QUANTITY | SALES | CURRENT | PRIOR | CURRENT | PRIOR |
| 60 | | | | | | |
| 70 | | | | | | |
| 78 | | | | 312.00 | | 16,306.00 |
| TOTAL FIBRE PALLETS | | | | 312.00 | | 16,306.00 ** |
| GRAND TOTAL | | | | 312.00 | | 16,306.00 ** |

BAGENSTOSE DEP EX 2

CAREY CANADIAN MINES SALES   FORTY EIGHT INSULATION AURORA ILL   3131129  -11C 177.

| PRODUCT | CURRENT MONTH | | QUANTITY YEAR TO DATE | | SALES YEAR TO DATE | |
|---|---|---|---|---|---|---|
| | QUANTITY | SALES | CURRENT | PRIOR | CURRENT | PRIOR |
| 40 1 | | | | 1.25 | | 137.50 |
| 70 3 | | | | .25 | | 22.60 |
| 7R 3 | | | 312.00 | 310.50 | 16,386.00 | 15,701.50 |
| TOTAL FIBRE | | | 312.00 | 320.00 | 16,386.00 | 15,861.00 ** |
| PALLETS | | | | | | 40.08 |
| GRAND TOTAL | | | 312.00 | 320.00 | 16,386.00 | 15,861.08 ** |

|  | THIS MONTH | | QUANTITY YEAR TO DATE | | SALES YEAR TO DATE | |
|---|---|---|---|---|---|---|
| DESCRIPTION | QUANTITY | SALES | CURRENT | PRIOR | CURRENT | PRIOR |
| TR | | | 109.00 | | 5,031.00 | |
| TOTAL | | | 109.00 | | 5,031.00 | |

| DESCRIPTION | THIS MONTH QUANTITY | SALES | QUANTITY YEAR TO DATE CURRENT | PRIOR | SALES YEAR TO DATE CURRENT | PRIOR |
|---|---|---|---|---|---|---|
| CAREY CANADIAN MINES SALES | | FORTY EIGHT INSULATION AURORA ILL 3131125 | | | | DECEMBER 1966 |
| FR C C M | 54.00 | 2,484.00 | 162.00 | 109.00 | 114.53-<br>7,452.00 | 5,031.00 |
| 7R | | | | | 7,337.47 | 5,031.00 * |
| TOTAL | 54.00 | 2,484.00 | 162.00 | 109.00 | 7,337.47 | 5,031.00 |

CAREY CANADIAN MINES SALES   FORTY EIGHT INSULATION AURORA ILL  3131125    DECEMBER 1967

| DESCRIPTION | THIS MONTH QUANTITY | SALES | QUANTITY YEAR TO DATE CURRENT | PRIOR | SALES YEAR TO DATE CURRENT | PRIOR |
|---|---|---|---|---|---|---|
| FR C C M | | | | | | 114.53- |
| 7R | | | 162.00 | 162.00 | 7,452.00 | 7,452.00 |
| TOTAL | | | 162.00 | 162.00 | 7,452.00 | 7,337.47 * |