CAREY CANADIAN MINES SALES    FORTY EIGHT INSULATION AURORA ILL  3131125    MAY 1965

| DESCRIPTION | THIS MONTH | | QUANTITY YEAR TO DATE | | SALES YEAR TO DATE | |
| | QUANTITY | SALES | CURRENT | PRIOR | CURRENT | PRIOR |
|---|---|---|---|---|---|---|
| 7R | 55.00 | 2,547.00 | 55.00 | | 2,547.00 | |
| TOTAL | 55.00 | 2,547.00 | 55.00 | | 2,557.00 | |

_BACKENSTOSE DEP EX 3_

CAREY CANADIAN MINES SALES    FORTY EIGHT INSULATION AURORA ILL  3131125    APRIL 1966

| DESCRIPTION | QUANTITY | THIS MONTH SALES | QUANTITY YEAR TO DATE CURRENT | PRIOR | SALES YEAR TO DATE CURRENT | PRIOR |
|---|---|---|---|---|---|---|
| FR C C H | | 114.53- | | | 114.53- | |
| 7R | 54.00 | 2,484.00 | 54.00 | | 2,484.00 | |
| TOTAL | 54.00 | 2,369.47 | 54.00 | | 2,369.47 | |

CAREY CANADIAN MINES SALES __ FORTY EIGHT INSULATION AURORA ILL _3131125 _____ MAY 1966

| DESCRIPTION | THIS MONTH QUANTITY | SALES | QUANTITY YEAR TO DATE CURRENT | PRIOR | SALES YEAR TO DATE CURRENT | PRIOR |
|---|---|---|---|---|---|---|
| FR.C C H | | | | | 114.53- | |
| 7R | | | 54.00 | 55.00 | 2,484.00 | 2,547.00 |
| TOTAL | | | 54.00 | 55.00 | 2,369.47 | 2,547.00 |

CAREY CANADIAN MINES SALES    FORTY EIGHT INSULATION AURORA ILL  3131125    JUNE 1966

| DESCRIPTION | QUANTITY | THIS MONTH SALES | QUANTITY YEAR TO DATE CURRENT | QUANTITY YEAR TO DATE PRIOR | SALES YEAR TO DATE CURRENT | SALES YEAR TO DATE PRIOR |
|---|---|---|---|---|---|---|
| FR C C H | | | | | 114.53- | |
| 7R | | 54.00 | 55.00 | | 2,484.00 | 2,547.00 |
| TOTAL | | 54.00 | 55.00 | | 2,369.47 | 2,547.00 * |

CAREY CANADIAN MINES SALES     FORTY EIGHT INSULATION AURORA ILL  3131125     JULY 1966

| DESCRIPTION | QUANTITY | THIS MONTH SALES | QUANTITY YEAR TO DATE CURRENT | PRIOR | SALES YEAR TO DATE CURRENT | PRIOR |
|---|---|---|---|---|---|---|
| FR C C M | | | | | 114.53- | |
| 7R | | | 54.00 | 55.00 | 2,484.00 | 2,547.00 |
| TOTAL | | | 54.00 | 55.00 | 2,369.47 | 2,547.00 • |

CAREY CANADIAN MINES SALES    FORTY EIGHT INSULATION AURORA ILL  3131125    AUG.19666

| DESCRIPTION | THIS MONTH QUANTITY | SALES | QUANTITY YEAR TO DATE CURRENT | PRIOR | SALES YEAR TO DATE CURRENT | PRIOR |
|---|---|---|---|---|---|---|
| FR C C H | | | | | | |
| 7R | 54.00 | 2,484.00 | 108.00 | 55.00 | 114.53- 4,968.00 | 2,547.00 |
| TOTAL | 54.00 | 2,484.00 | 108.00 | 55.00 | 4,853.47 | 2,547.00 • |

CAREY CANADIAN MINES SALES    FORTY EIGHT INSULATION AURORA ILL  3131125    SEPT,1966

| DESCRIPTION | THIS MONTH QUANTITY | SALES | QUANTITY YEAR TO DATE CURRENT | PRIOR | SALES YEAR TO DATE CURRENT | PRIOR |
|---|---|---|---|---|---|---|
| FR C C H | | | | | 114.53- | |
| 7R | | | 108.00 | 109.00 | 4,968.00 | 5,031.00 |
| TOTAL | | | 108.00 | 109.00 | 4,853.47 | 5,031.00 • |

CAREY CANADIAN MINES SALES    FORTY EIGHT INSULATION AURORA ILL  3131125    OCT.1966

| DESCRIPTION QUANTITY | THIS MONTH | | QUANTITY YEAR TO DATE | | SALES YEAR TO DATE | |
|---|---|---|---|---|---|---|
| | QUANTITY | SALES | CURRENT | PRIOR | CURRENT | PRIOR |
| FR C C M | | | | | 114.53- | |
| 7R | | | 100.00 | 109.00 | 4,960.00 | 5,031.00 |
| TOTAL | | | 108.00 | 109.00 | 4,853.47 | 5,031.00 |

CAREY CANADIAN MINES SALES    FORTY EIGHT INSULATION AURORA ILL  2131125    N/VEMBER 1966

| DESCRIPTION | QUANTITY | THIS MONTH SALES | QUANTITY YEAR TO DATE CURRENT | PRIOR | SALES YEAR TO DATE CURRENT | PRIOR |
|---|---|---|---|---|---|---|
| FR C C H | | | | | 114.53- | |
| 78 | | | 108.00 | 109.00 | 4,968.00 | 5,031.00 |
| TOTAL | | | 108.00 | 109.00 | 4,853.47 | 5,031.00 ● |

CAREY CANADIAN MINES SALES    FORTY EIGHT INSULATION AURORA ILL  3131125    DECEMBER 1966

| DESCRIPTION | QUANTITY | THIS MONTH SALES | QUANTITY YEAR TO DATE CURRENT | PRIOR | SALES YEAR TO DATE CURRENT | PRIOR |
|---|---|---|---|---|---|---|
| FR C C H 7R | 54.00 | 2,484.00 | 162.00 | 109.00 | 114.53-7,452.00 | 5,031.00 |
| TOTAL | 54.00 | 2,484.00 | 162.00 | 109.00 | 7,337.47 | 5,031.00 |

CAREY CANADIAN MINES SALES    FORTY EIGHT INSULATION AURORA ILL  3131125    APRIL 1967

| DESCRIPTION | QUANTITY | THIS MONTH SALES | QUANTITY YEAR TO DATE CURRENT | PRIOR | SALES YEAR TO DATE CURRENT | PRIOR |
|---|---|---|---|---|---|---|
| FR C C H | | | | | | 114.53- |
| 7R | | | | 54.00 | | 2,484.00 |
| TOTAL | | | | 54.00 | | 2,369.47 * |

CAREY CANADIAN MINES SALES    FORTY EIGHT INSULATION AURORA ILL  3131125.    MAY 1967

| DESCRIPTION | QUANTITY | THIS MONTH SALES | QUANTITY YEAR TO DATE CURRENT | PRIOR | SALES YEAR TO DATE CURRENT | PRIOR |
|---|---|---|---|---|---|---|
| FR C C M | | | | | | 114.53 |
| 7R | 54.00 | 2,484.00 | 54.00 | 54.00 | 2,484.00 | 2,484.00 |
| TOTAL | 54.00 | 2,484.00 | 54.00 | 54.00 | 2,484.00 | 2,369.47 |

CAREY CANADIAN MINES SALES    FORTY EIGHT INSULATION AURORA ILL  3131125      JUNE 1967

| DESCRIPTION | THIS MONTH QUANTITY | SALES | QUANTITY YEAR TO DATE CURRENT | PRIOR | SALES YEAR TO DATE CURRENT | PRIOR |
|---|---|---|---|---|---|---|
| FR C C H |  |  |  |  |  | 114.53- |
| 7R |  |  | 54.00 | 54.00 | 2,484.00 | 2,484.00 |
| TOTAL |  |  | 54.00 | 54.00 | 2,484.00 | 2,369.47 |

| DESCRIPTION | THIS MONTH QUANTITY | SALES | QUANTITY YEAR TO DATE CURRENT | PRIOR | SALES YEAR TO DATE CURRENT | PRIOR |
|---|---|---|---|---|---|---|
| FR C M | | | | | | 114.53- |
| 7R | 54.00 | 2,484.00 | 108.00 | 54.00 | 4,968.00 | 2,484.00 |
| TOTAL | 54.00 | 2,484.00 | 108.00 | 54.00 | 4,968.00 | 2,369.47 * |

CAREY CANADIAN MINES SALES    FORTY EIGHT INSULATION AURORA ILL  3131125    AUGUST 1967

| DESCRIPTION QUANTITY | THIS MONTH | SALES | QUANTITY YEAR TO DATE | | SALES YEAR TO DATE | |
|---|---|---|---|---|---|---|
| | | | CURRENT | PRIOR | CURRENT | PRIOR |
| FR C C N | | | | | | 114.53- |
| TR | | | 108.00 | 108.00 | 4,968.00 | 4,968.00 |
| TOTAL | | | 108.00 | 108.00 | 4,968.00 | 4,853.47 |

CAREY CANADIAN MINES SALES    FORTY EIGHT INSULATION AURORA ILL - 3131125 - SEPT.1967

| DESCRIPTION | THIS MONTH QUANTITY | SALES | QUANTITY YEAR TO DATE CURRENT | PRIOR | SALES YEAR TO DATE CURRENT | PRIOR |
|---|---|---|---|---|---|---|
| FR C C M | | | | | | 114.53- |
| 7R | | | 108.00 | 108.00 | 4.960.00 | 4.960.00 |
| TOTAL | | | 108.00 | 108.00 | 4.960.00 | 4.853.47 * |

CAREY CANADIAN MINES SALES     FORTY EIGHT INSULATION AURORA ILL  3131125     OCT 1967

| DESCRIPTION | QUANTITY | THIS MONTH SALES | QUANTITY YEAR TO DATE CURRENT | PRIOR | SALES YEAR TO DATE CURRENT | PRIOR |
|---|---|---|---|---|---|---|
| FR C C H | | | | | | 114.53- |
| JR | 4.00 | 2,484.00 | 162.00 | 100.00 | 7,452.00 | 4,960.00 |
| TOTAL | 4.00 | 2,484.00 | 162.00 | 100.00 | 7,452.00 | 4,853.47 * |

CAREY CANADIAN MINES SALES — FORTY EIGHT INSULATION AURORA ILL 3131125 NOV 1967

| DESCRIPTION | QUANTITY | THIS MONTH SALES | QUANTITY YEAR TO DATE CURRENT | PRIOR | SALES YEAR TO DATE CURRENT | PRIOR |
|---|---|---|---|---|---|---|
| FR C C H 7R | | | 162.00 | 108.00 | 7,452.00 | 114.53- 4,968.00 |
| TOTAL | | | 162.00 | 108.00 | 7,452.00 | 4,853.47 c |

CAREY CANADIAN MINES SALES    FORTY EIGHT INSULATION AURORA ILL   3131125      DECEMBER 1967

| DESCRIPTION | THIS MONTH QUANTITY | SALES | QUANTITY YEAR TO DATE CURRENT | PRIOR | SALES YEAR TO DATE CURRENT | PRIOR |
|---|---|---|---|---|---|---|
| FR C C N | | | | | | 114.53- |
| 7R | | | 162.00 | 162.00 | 7,452.00 | 7,452.00 |
| TOTAL | | | 162.00 | 162.00 | 7,452.00 | 7,337.47 9 |

000026

| PRODUCT | QUANTITY | SALES | QUANTITY YEAR TO DATE CURRENT | QUANTITY YEAR TO DATE PRIOR | SALES YEAR TO DATE CURRENT | SALES YEAR TO DATE PRIOR |
|---|---|---|---|---|---|---|
| RR C C M TR. | | | 216.00 | 108.00 | 10,044.00 | 4,968.00 |
| TOTAL | | | 216.00 | 108.00 | 10,044.00 | 4,960.00 * |

MADE IN U.S.A.

CAREY CANADIAN MILES SALES — FORTY-EIGHT INSULATION AURORA ILL 8131125    SEPT 1968

| PRODUCT | THIS MONTH QUANTITY | SALES | QUANTITY YEAR TO DATE CURRENT | PRIOR | SALES YEAR TO DATE CURRENT | PRIOR |
|---------|---------|-------|---------|-------|---------|-------|
| FR-C-C-INT | | | | | | |
| 7R | 5.00 | 2,538.00 | 270.00 | 108.00 | 12,582.00 | 4,968.00 |
| TOTAL | 5.00 | 2,538.00 | 270.00 | 108.00 | 12,582.00 | 4,968.00 |

CAREY CANADIAN MINES SALES — FORTY EIGHT INSULATION AURORA ILL 3131125 — NOV.1968

| PRODUCT | THIS MONTH | | QUANTITY YEAR TO DATE | | SALES YEAR TO DATE | |
|---|---|---|---|---|---|---|
| | QUANTITY | SALES | CURRENT | PRIOR | CURRENT | PRIOR |
| FR C C M | | | | | | |
| 7M | 5.00 | 2,538.00 | 324.00 | 162.00 | 15,120.00 | 7,452.00 |
| TOTAL | 5.00 | 2,538.00 | 324.00 | 162.00 | 15,120.00 | 7,452.00 |

CAREY CANADIAN MINES SALES    FORTY EIGHT INSULATION AURORA ILL  3131125    DEC.1960

| PRODUCT | THIS MONTH | | QUANTITY YEAR TO DATE | | SALES YEAR TO DATE | |
|---|---|---|---|---|---|---|
| | QUANTITY | SALES | CURRENT | PRIOR | CURRENT | PRIOR |
| FR C C M | | | | | | |
| 6D | .25 | 26.00 | .25 | | 26.00 | |
| 7R | 54.00 | 2,538.00 | 378.00 | 162.00 | 17,658.00 | 7,452.00 |
| TOTAL | 54.25 | 2,564.00 | 378.25 | 162.00 | 17,684.00 | 7,452.00 |

CAREY CANADIAN MINES SALES    FORTY EIGHT INSULATION AURORA ILL  3131125    DEC. 1968

| PRODUCT | THIS MONTH | | QUANTITY YEAR TO DATE | | SALES YEAR TO DATE | |
| | QUANTITY | SALES | CURRENT | PRIOR | CURRENT | PRIOR |
|---------|----------|-------|---------|-------|---------|-------|
| FR C C M | | | | | | |
| 6D | .25 | 26.00 | .25 | | 26.00 | |
| 7R | 54.00 | 2,538.00 | 378.00 | 162.00 | 17,658.00 | 7,452.00 |
| TOTAL | 54.25 | 2,564.00 | 378.25 | 162.00 | 17,684.00 | 7,452.00 * |

| PRODUCT | THIS MONTH | | QUANTITY YEAR TO DATE | | SALES YEAR TO DATE | |
| --- | --- | --- | --- | --- | --- | --- |
| | QUANTITY | SALES | CURRENT | PRIOR | CURRENT | PRIOR |
| 6D 1 | 1.25 | 137.50 | 1.25 | | 137.50 | |
| 7D 3 | .25 | 22.00 | .25 | | 22.00 | |
| 7R | | | | 162.00 | | 7,504.00 |
| 7R 3 | 52.50 | 2,572.50 | 160.50 | | 7,909.50 | |
| TOTAL | 54.00 | 2,732.08 | 162.00 | 162.00 | 8,069.00 | 7,506.00 |

CAREY CANADIAN MINES SALES    FORTY EIGHT INSULAYTON AURORA ILL   3131125    JULY 1969

| PRODUCT | QUANTITY | THIS MONTH SALES | QUANTITY YEAR TO DATE CURRENT | PRIOR | SALES YEAR TO DATE CURRENT | PRIOR |
|---------|----------|------------------|-------------------------------|-------|----------------------------|-------|
| 60 1 | | | 1.25 | | 137.50 | .... |
| 70 3 | | | .25 | | 22.00 | |
| 73 | | .... | | 216.00 | | 10,044.00 |
| 7R 3 | | | 160.50 | | 7,909.50 | |
| TOTAL | | | 162.00 | 216.00 | 8,069.00 | 10,044.00 |

| PRODUCT | THIS MONTH QUANTITY | SALES | QUANTITY YEAR TO DATE CURRENT | PRIOR | SALES YEAR TO DATE CURRENT | PRIOR |
|---------|---------------------|-------|-------------------------------|-------|----------------------------|-------|
| FR C C M | | | | | | |
| 7A | | | 270.00 | 162.00 | 12,582.00 | 7,452.00 |
| TOTAL | | | 270.00 | 162.00 | 12,582.00 | 7,452.00 * |

| PRODUCT | CURRENT MONTH | | QUANTITY YEAR TO DATE | | SALES YEAR TO DATE | |
| | QUANTITY | SALES | CURRENT | PRIOR | CURRENT | PRIOR |
|---|---|---|---|---|---|---|
| 6D | | | | .25 | | 26.00 |
| 6D 1 | | | 1.25 | | 137.50 | |
| 70 3 | | | .25 | | 22.40 | |
| 7R | | | | 378.00 | | 17,658.00 |
| 7R 3 | 54.00 | 2,676.00 | 318.50 | | 15,701.50 | |
| TOTAL FIBRE | 54.00 | 2,676.00 | 320.00 | 378.25 | 15,861.88 | 17,684.00 ** |
| PALLETS | | | | | | ** |
| GRAND TOTAL | 54.00 | 2,676.00 | 320.00 | 378.25 | 15,861.88 | 17,684.00 ** |

CAREY CANADIAN MINES SALES · FORTY EIGHT INSULATION AURORA ILL 3131125 DEC.1960

| PRODUCT | THIS MONTH | | QUANTITY YEAR TO DATE | | SALES YEAR TO DATE | |
|---|---|---|---|---|---|---|
| | QUANTITY | SALES | CURRENT | PRIOR | CURRENT | PRIOR |
| FR C C M | | | | | | |
| 6D | .25 | 26.00 | .25 | | 26.00 | |
| 7R | 54.00 | 2,538.00 | 378.00 | 162.00 | 17,658.00 | 7,452.00 |
| TOTAL | 54.25 | 2,564.00 | 378.25 | 162.00 | 17,684.00 | 7,452.00 |